IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2583-PSF-CBS

RUTH LUST,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois corporation,

    Defendant.

---

### ORDER SETTING CASE FOR TRIAL

---

The above-captioned matter has been scheduled for a **one-day trial to the Court** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence **April 24, 2006 at 9:00 a.m.**

A Final Trial Preparation Conference is set for **April 14, 2006 at 1:30 p.m.**  The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

DATED: January 23, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge